**ORDERED ACCORDINGLY.**

Dated: April 29, 2010



/s/ George B. Nielsen

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Steven M. Cox
State Bar No. 005094
**WATERFALL, ECONOMIDIS, CALDWELL,**
**HANSHAW & VILLAMANA, P.C.**
5210 East Williams Circle, Suite 800
Tucson, Arizona 85711
Telephone: (520) 790-5828
Attorneys for GMAC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>RENE G. MADRID AND MONICA MADRID,<br><br>Debtors. | NO. 2-09-BK-30105-GBN<br><br>(Chapter 13) |
| GMAC,<br><br>Movant,<br><br>vs.<br><br>RENE G. MADRID AND MONICA MADRID, Debtors; and EDWARD J. MANEY, as Chapter 13 Trustee,<br><br>Respondents. | **ORDER UPON MOTION FOR RELIEF FROM STAY, GRANTING ADEQUATE PROTECTION PAYMENTS** |

This matter came before the Court for continued LIFT STAY hearing on April 22, 2010, and the Court was advised that Debtors have filed their Amended Chapter 13 Plan for this case, which now provides for payments on both of the Vehicles that are Movant's collateral, and that Movant has accepted the adequate protection payments provided in the Amended Plan.

Therefore, on agreement of the parties, and good cause appearing:

IT IS ORDERED that Movant GMAC is granted monthly adequate protection payments of:

$400 per month for the 2008 Silverado Vin. No. 1GCHC23678F156227; and

$100 per month for the 2007 Silverado Vin No. 1GBHC29UX7E163428

Payable by the Trustee directly to GMAC, from plan payments made by Debtors.

IT IS FURTHER ORDERED that the Order entered herein shall remain in full force and effect in any new bankruptcy chapter resulting from conversion of this case.

IT IS FURTHER ORDERED that no further hearing will be set on Movant's Motion for Lift Stay unless requested.

AGRRED TO: this __27th__ day of April, 2010

**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.**

/s/ Steven M. Cox
Steven M. Cox
Attorneys for GMAC

**LAW OFFICES NASSSER U. ABUJBARAH**

/s/ Steven M. Cox-for, with permission
Nasser U. Abujbarah
Attorneys for Debtors

**DATED AND SIGNED ABOVE**

Copies of the foregoing e-mailed this 28 day of April, 2010, to:

EDWARD J. MANEY
P.O. Box 10434
Phoenix, AZ 85064-0434
Chapter 13 Trustee

— 2 —