**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50538

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rene G. Madrid and Monica Madrid,<br>Debtors.<br>_____<br>US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact<br><br>    Movant,<br>  vs.<br>Rene G. Madrid and Monica Madrid, Debtors; Edward J. Maney, Trustee.<br><br>    Respondents. | No. 2:09-bk-30105-GBN<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

    Pursuant to the Order entered on May 26, 2010, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

    The Debtors have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact and US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 2916 North 79th Dr Phoenix AZ 85033 ("Property" herein) and legally described as:

Lot 9, of MARYVALE TERRACE NO. 30 AMENDED PLAT "B", according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 119 of Maps, Page 48.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

"Exhibit A"

ORDERED ACCORDINGLY.

Dated: May 26, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
**P.A.**

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50538

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rene G. Madrid and Monica Madrid<br>      Debtors.<br>_____<br>US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact<br><br>      Movant,<br>  vs.<br><br>Rene G. Madrid and Monica Madrid, Debtors; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-30105-GBN<br><br>Chapter 13<br><br>(Related to Docket #35)<br><br>**ORDER REGARDING<br>MOTION FOR RELIEF** |

     IT IS HEREBY ORDERED, pursuant to the Preliminary Hearing on April 12, 2010, by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa

County, Arizona Recorder's Office, wherein Rene G. Madrid and Monica Madrid, are designated as trustors and US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 9, of MARYVALE TERRACE NO. 30 AMENDED PLAT "B", according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 119 of Maps, Page 48.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 5 Monthly Payments(s) at $1,652.32 | $8,261.60 |
| (December 1, 2009 - April 1, 2010) | |
| 5 Late Charge(s) at $68.00 | $340.00 |
| (December 1, 2009 - April 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Suspense Amount | ($969.58) |
| Total | $8,582.02 |

1. The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,430.34 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the May 15, 2010 payment and continuing throughout and concluding on or before September 15, 2010. The sixth final payment in the amount of $1430.32 shall be paid on or before October 15, 2010.

2. In addition to the payment listed in Paragraph 1, the Debtors, will make the regular post-petition payment due for May 1, 2010, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:09-bk-30105-GBN is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and

US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit "B"

# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50538

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-30105-GBN |
| Rene G. Madrid and Monica Madrid, Debtors. | Chapter 13 |
| | NOTICE OF DEFAULT |
| US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact | RE: Real Property Located at 2916 North 79th Dr Phoenix, AZ 85033 |
| Movant, vs. | |
| Rene G. Madrid and Monica Madrid, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

US Bank National Association as Trustee By Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Order was entered on May 26, 2010 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

    Lot 9, of MARYVALE TERRACE NO. 30 AMENDED PLAT "B", according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 119 of Maps, Page 48.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $1,628.32 | $3,256.64 |
| (May 1, 2010 - June 1, 2010) | |
| 2 Late Charge(s) at $66.80 | $133.60 |
| (May 1, 2010 - June 1, 2010) | |
| 1 Adequate Protection Charge(s) at $1,430.34 | $1,430.34 |
| (May 15, 2010 - May 15, 2010) | |
| Attorneys Fees | $150.00 |
| Total | $4,970.58 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 10th day of June, 2010.

                                      TIFFANY & BOSCO, P.A.

                                      By /s/ MSB # 010167
                                            Mark S. Bosco
                                            Leonard J. McDonald
                                            2525 East Camelback Road Suite 300
                                            Phoenix, Arizona 850165

*If the Debtor cures the default prior to the date of expiration this amount may be different.